IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BAEZ, | 2:06-cv-01667-RCT |
| Petitioner, | |
| vs. | |
| D. K. SISTO, et al., | |
| Respondents. | |
| _____/ | ORDER |

Petitioner Baez and Respondent Sisto are ordered to file simultaneous briefing explaining the impact of Hayward v. Marshall, 603 F.3d 546 (9th Cir. 2010) (en banc), on Petitioner's writ of habeas corpus. Briefing is due Tuesday, June 22, 2010.

IT IS SO ORDERED.

DATED this 1st day of June, 2010.

/s/ Richard C. Tallman
UNITED STATES CIRCUIT JUDGE
Sitting by designation