IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

ANTHONY BAEZ,  No. 2:06-cv-01667-RCT

    Petitioner,

vs.

G. SWARTHOUT, et al.,

    Respondents.
_____/  **JUDGMENT**

    Today this Court issued its Memorandum Decision and Order disposing of this case in its entirety. Accordingly, judgment is hereby entered in favor of Respondents, Petitioner shall take nothing, and the case is dismissed with prejudice.

    DATED this 7th day of October, 2010.


                                        /s/ Richard C. Tallman
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by designation